IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERNANDO CHAPA and VALERIE CHAPA, Individually and as Guardians of DAKOTA FULLER, a minor, | ) ) ) ) | 8:04CV376 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**ORDER APPROVING STIPULATION OF PARTIES REGARDING DISCLOSURE OF RECORDS SUBJECT TO THE PRIVACY ACT AND HIPPA**

The signed Stipulation of the Parties Regarding Disclosure of Records Subject to the Privacy Act and HIPPA has been reviewed and the Court finds that said stipulation should be approved.

IT IS HEREBY ORDERED that all of the terms and conditions contained in said stipulation are approved, and the parties are hereby ordered to comply therewith.

DATED: May 25, 2005

            BY THE COURT:

            S/F. A. GOSSETT
            United States Magistrate Judge