IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERNANDO CHAPA and VALERIE CHAPA, Individually and as Guardians of DAKOTA C. FULLER, a minor, | ) ) ) ) | 8:04CV376 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

The Court has considered the Defendant's unopposed Motion for Extension of Time in which the government may file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) or 12(b)(6), or motion for summary judgment alleging lack of subject matter jurisdiction, filing no. 25, and finds that said motion should be approved. The Defendant is hereby granted until July 20, 2005, in which to file said motion.

DATED June 15, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge