# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FERNANDO CHAPA and VALERIE CHAPA,** **Individually and as Guardians of** **DAKOTA FULLER, a minor,** | Case No. 8:04CV376 |
| Plaintiffs, | |
| | **ORDER** |
| vs. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

The Court has considered Plaintiffs' Motion to Withdraw their Motion to Strike Defendant's Reply Brief, filing number 35, and the Court finds that the motion should be granted. Accordingly,

IT IS ORDERED:

1. Plaintiffs' Motion to Withdraw their Motion to Strike Defendant's Reply Brief (Filing No. 35) is granted; and

2. The Motion to Strike (Filing No. 34) is deemed withdrawn.

Dated this 22nd day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge