# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERNANDO CHAPA, VALERIE CHAPA, and DAKOTA C. FULLER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 8:04CV376 |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Defendant. | ) ) ) | |

Upon review of the file,

**IT IS ORDERED** that the parties' JOINT STIPULATION FOR EXTENSION OF EXPERT WITNESS AND STATUS REPORT DEADLINES (#38) is granted, as follows:

1. The deadlines set in Paragraph 3 of the Final Progression Order (#23) are extended to **November 15, 2005**, for Plaintiff's expert witness designation; to **December 15, 2005**, for Defendant's expert witness designation; and to **January 15, 2006**, for the parties to designate any expert witness necessary to refute the disclosed opinions of an expert witness of an opponent.

2. The time in which to submit a status report regarding settlement negotiations set forth in Paragraph 8 of the Final Progression Order is extended from December 16, 2005, to **February 1, 2006.**

DATED September 20, 2005.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**