IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FERNANDO CHAPA and VALERIE CHAPA, Individually and as Guardians of DAKOTA FULLER, A Minor,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No. 8:04CV376<br><br>**ORDER** |

　　　On the Court's own motion, the final pretrial conference in this case will be rescheduled.

　　　**IT IS ORDERED** that the final pretrial conference now scheduled for Monday, April 3, 2006 at 1:30 P.m., is rescheduled to **Monday, March 27, 2006 at 1:30 p.m.**  The conference will be held in the chambers of the undersigned magistrate judge, Room 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

　　　Dated this 3rd day of February 2006.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　United States Magistrate Judge